**No. 09-9995. Christine F. Goss, Petitioner v. Florida Unemployment Appeals Commission, et al.**

562 U.S. 843, 131 S. Ct. 78, 178 L. Ed. 2d 51, 2010 U.S. LEXIS 5823.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of Florida denied.

Same case below, 26 So. 3d 581.

**No. 09-10012. Duggan L. Higginbottom, Petitioner v. United States.**

562 U.S. 843, 131 S. Ct. 74, 178 L. Ed. 2d 51, 2010 U.S. LEXIS 5794.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 349 Fed. Appx. 406.

**No. 09-10043. Mitchell Makidon, Petitioner v. Jeffrey Woods, Warden.**

562 U.S. 843, 131 S. Ct. 75, 178 L. Ed. 2d 51, 2010 U.S. LEXIS 5976.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 09-10059. Alexandre L. Hochstraser, Petitioner v. California.**

562 U.S. 843, 131 S. Ct. 75, 178 L. Ed. 2d 51, 2010 U.S. LEXIS 6085.

October 4, 2010. Petition for writ of certiorari to the Court of Appeal of California, Sixth Appellate District, denied.

Same case below, 178 Cal. App. 4th 883, 100 Cal. Rptr. 3d 728.

**No. 09-10061. Alfredo Lucero Garcia, Petitioner v. Arizona.**

562 U.S. 843, 131 S. Ct. 75, 178 L. Ed. 2d 51, 2010 U.S. LEXIS 5961.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of Arizona denied.

Same case below, 224 Ariz. 1, 226 P.3d 370.

**No. 09-10077. Tommy Jesse Martinez, Petitioner v. California.**

562 U.S. 843, 131 S. Ct. 75, 178 L. Ed. 2d 51, 2010 U.S. LEXIS 5929.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of California denied.

Same case below, 47 Cal. 4th 911, 105 Cal. Rptr. 3d 131, 224 P.3d 877.

**No. 09-10079. Marie Sander, Petitioner v. Greenspan & Greenspan, et al.**

562 U.S. 843, 131 S. Ct. 75, 178 L. Ed. 2d 51, 2010 U.S. LEXIS 5849.

October 4, 2010. Petition for writ of certiorari to the Court of Appeals of New York denied.

Same case below, 13 N.Y.3d 880, 893 N.Y.S.2d 831, 921 N.E.2d 598.